**RELIANCE INSURANCE COMPANY and Reliance Surety Company, Respondents,**

v.

**PENN PAVING, INC., Rocco A. Scigliano and Anna Scigliano, Petitioners.**

Supreme Court of Pennsylvania.

April 13, 1998.

John P. Lacher, Pittsburgh, for petitioners.

### *ORDER*

PER CURIAM.

AND NOW this 13th day of April, 1998, the petition for allowance of appeal is granted, limited to the issue of whether Superior Court erred in finding that a material modification of Anna Scigliano's risk by an increased bonding line in 1990 did not discharge her from her obligations under an indemnity agreement executed in 1984.

■

**STATE OF THE ART MEDICAL PRODUCTS, INC., Petitioner,**

v.

**ARIES MEDICAL, INC., Teleflex, Inc., St. Jude Medical, Inc., Respondents.**

Supreme Court of Pennsylvania.

April 15, 1998.

Mitchell A. Kramer, Molly Hyland Wolfram, Jenkintown, for petitioner.

### *ORDER*

PER CURIAM:

AND NOW this 15th day of April, 1998, the petition for allowance of appeal is granted, the Order of the Superior Court is reversed and the matter is remanded to the Court of Common Pleas of Montgomery County for consideration of the motion for judgment of non pros based upon *Jacobs v. Halloran,* 1998 WL 149478, —— Pa. ——, —— A.2d —— (Pa.1998) and *Marino v. Hackman,* 1998 WL 151083, —— Pa. ——, —— A.2d —— (Pa.1998).

Petitioner's application for leave to supplement pursuant to Rule 2501(a) is denied.